UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SHIRLEY M. BERRY, | ) | CIV. 11-4018-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| TIME INSURANCE COMPANY and | ) | |
| JOHN HANCOCK LIFE INSURANCE | ) | |
| COMPANY (USA), | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation for Dismissal filed by the parties, it is

ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint is dismissed, on the merits, with prejudice, and without taxation of costs or further notice to any party or their counsel.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any counterclaims of defendants, whether asserted or not, are in all respects dismissed, on the merits, with prejudice, with defendants receiving nothing thereunder, and bearing their own costs and attorney fees.

Dated January 3, 2012.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE